WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
Jorge A. Ramirez
Nevada Bar No. 6787
E-mail: Jorge.Ramirez@wilsonelser.com
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Hobby Lobby Stores, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Denise Simon<br><br>Plaintiff,<br><br>vs.<br><br>Hobby Lobby Stores, Inc., a foreign corporation dba Hobby Lobby; Does 1-10, inclusive and Roe Corporations 11-20, inclusive,<br><br>Defendant. | Case No.: 2:26-cv-02350<br><br>**Defendants' Motion to Remove from Service List** |

Defendant requests to remove attorney Michael Lowry from the CM/ECF electronic service list. Michael Lowry is no longer working this file, and Jorge Ramirez is taking his role representing Defendant.

DATED this 11th day of September, 2026.

WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

BY: */s/ Jorge Ramirez*
Jorge A. Ramirez
Nevada Bar No. 6787
Attorneys for Hobby Lobby Stores, Inc.

IT IS THEREFORE ORDERED that the motion (ECF No. 10) is GRANTED. IT IS FURTHER ORDERED that the Clerk of Court is kindly directed to remove Michael Lowry as counsel of record in this matter.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE
DATED: September 15, 2026

**Certificate of Service**

Pursuant to FRCP 5, I certify that I am an employee of Wilson Elser Moskowitz Edelman & Dicker LLP, and that on September 11, 2026, I served **Defendant's Motion to Remove from Service List** as follows:

☐ by placing same to be deposited for mailing in the United States Mail, in a sealed envelope upon which first class postage was prepaid in Las Vegas, Nevada;

☒ via electronic means by operation of the Court's electronic filing system, upon each party in this case who is registered as an electronic case filing user with the Clerk;

| | |
|---|---|
| Heaton & Associates, PPLC<br>5785 Centennial Center Blvd, Ste 240<br>Las Vegas, Nevada 89149<br>Attorney for Plaintiff | |

BY: */s/ Kate Samano*
An Employee of
WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP